**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JOSHUA JAMES THOMPSON,                      Case No. 26-CV-1993 (NEB/SGE)

       Petitioner,

v.                                                                    ORDER ACCEPTING

                                REPORT AND RECOMMENDATION

CLAY COUNTY,

       Respondent.

---

The Court has received the April 29, 2026 Report and Recommendation of United States Magistrate Judge Shannon G. Elkins (ECF No. 3.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 3) is ACCEPTED;

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED;

3. The action is DISMISSED; and

4. The Application to Proceed *In Forma Pauperis* (ECF No. 2) is DENIED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 12, 2026                    BY THE COURT:

                                        s/Nancy E. Brasel
                                        Nancy E. Brasel
                                        United States District Judge